**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER

Appellate case name:    McDonald Oilfield Operations, LLC v. 3B Inspection, LLC, Robert Beall, Chris Myrand, Kyle Grant, Patrick Bage, and Dylan Rogge

Appellate case number:    01-18-00118-CV

Trial court case number:    2015-34786

Trial court:              11th District Court of Harris County

Appellant filed a motion for rehearing on December 18, 2018. The motion for rehearing is **GRANTED**. *See* Tex. R. App. P. 49.3.

The cause was previously submitted to the Court before a panel in which one of the justices whose term of office expired before the motion for rehearing was decided. Accordingly, the case is scheduled for submission on rehearing without oral argument on the briefs for June 25, 2019, before a panel consisting of Justice Keyes, Justice Lloyd, and Justice Kelly, subject to change by the Court. No additional briefing is requested at this time. *See id.*

It is so ORDERED.


Judge's signature: ___/s/ Evelyn V. Keyes_____
                    Acting for the Court


Date: ___June 4, 2019_____